1    DEVIN H FOK, Bar No. 256599
     devin@devinfoklaw.com
2    DHF LAW, P.C.
     234 E. Colorado Blvd., 8th Floor
3    Pasadena, CA  91101
     Telephone:  310.430.9933
4    Facsimile:   818.484.2023

5    JOSHUA E. KIM, Bar No. 257260
     joshua@anewwayoflife.org
6    A NEW WAY OF LIFE REENTRY PROJECT
     9512 S. Central Ave.
7    Los Angeles, CA  90002
     Telephone:  323.563.3575 Ext. 34
8    Facsimile:   323.563.3445

9    Attorneys for Plaintiffs
     and the Proposed Class

10

E-FILED 9/5/17

JS-6

11

UNITED STATES DISTRICT COURT

12

CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated,<br><br>                 Plaintiff,<br><br>v.<br><br>GATE GOURMET, INC. a foreign corporation doing business in California; and DOES 1-10 inclusive,<br><br>              Defendants. | Case No.  2:17-cv-01298-PSG-KS<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE (DOE) AND WITHOUT PREJUDICE (PUTATIVE CLASS) |

1    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and in

2   accordance with the terms of the Settlement Agreement and General Release of All

3   Claims between Plaintiff Jane Doe ("Plaintiff") and Defendant Gate Gourmet, Inc.

4   ("GGI"), Plaintiff's claims against GGI are hereby dismissed *with prejudice*.   The

5   claims asserted by the putative class against GGI are hereby dismissed *without*

6   *prejudice*.  Each party shall bear her/its own costs, including attorneys' fees.

7

8    **IT IS SO ORDERED**.

9

10   Dated:       9/5/17                     PHILIP S. GUTIERREZ

11   Dated: _____          _____

12                                           HON. PHILIP S. GUTIERREZ
                                             UNITED STATES DISTRICT JUDGE

13   Firmwide:148710451.1 062957.1010

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER OF DISMISSAL                    2.              Case No.  2:17-cv-01298-PSG-KS